6th US DISTRICT COURT 06 OCT 12 AM 11:04

Thomas A Crooke

v

USDOJ et al,

1:04-804
JUDGE EDSEN
CARMODY

Rule 60(B)
New Evidence
- Motion -

Plaintiff now enters this time 60(b) motion to respectfully request Court too correct judgement.

The Sixth Circuit entered the order denying Reconsideration 10/13/05. Both Courts failed too recognize claim as Bivens.

A more defined statement and evidence will follow, with memoranda of Law.#

Respectfully,
TAC

# on this date: 9/October/2006

*[I apologize for delay of evidence - back for 5th time since 7/06
MDOC has again confiscated legal property,
and retaliated for Petitioning Government w/ transfers]

IONIA MTF
46464